**1336 HUBBELL vs. ROBERTSON (Supervisor Clay Township),
65 M., 538.**

To compel respondent to levy a tax to pay orders drawn by a
drain commissioner, in a case where the work for which the
orders were drawn, was ordered by the joint action of different
township commissioners.

Denied April 28, 1887.

Held, that there is no statute which allows joint action by
different townships in the construction of drains through them,
citing Alger vs. Slaight, 64 M., 589.

**1337 ZINK (Drain Commissioner) vs. BOARD OF SUPERVISORS
(Monroe), 68 M., 283.**

To compel the respondent board to convene and include within
the assessment of a drain tax two items, one of $70, for the fees
of attorneys employed by the drain commissioner to assist him,
and another of $72 for the services of two other persons employed
by him.

Denied January 19, 1888.

**1338 HENDERSON vs. DARLING (Supervisor Township of Wood-
stock), No. 12076.**

To compel respondent to spread upon the assessment roll, cer-
tain drain taxes.

Order to show cause granted June 18, 1891.

On November 12, 1891, relator moved for a peremptory writ
for default in not answering.

Granted Nov. 13, 1891, with costs.